**STATE of Missouri,
Plaintiff/Respondent,**

v.

**Billy DeCLUE, Defendant/Appellant.**

**No. 56503.**

Missouri Court of Appeals,
Eastern District,
Division Three.

March 19, 1991.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 7, 1991.

Application to Transfer Denied
June 11, 1991.

Donald J. Hager, Farmington, Kathleen Green, St. Louis, for defendant/appellant.

William L. Webster, Atty. Gen., Joseph P. Murray, Asst. Atty. Gen., Jefferson City, for plaintiff/respondent.

## ORDER

PER CURIAM.

Defendant appeals his conviction for driving while intoxicated, § 577.010, RSMo. 1986, for which he was sentenced as a prior and persistent offender, § 577.023, RSMo. 1986, to a term of five years. We affirm.

The findings and conclusions of the trial court are not clearly erroneous, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).